**01–1790. State v. Anderson.**
Delaware App. No. 00CAA12039. On motion for stay of sentence of incarceration pending outcome of appeals. Motion denied.

**01–1837. Allen v. Allen.**
Lucas App. No. L–01–1236. On motion for stay of lower court proceedings pending appeal. Motion denied.

RESNICK, J., not participating.

**01–1867. Hillyer v. State Farm Fire & Cas. Co.**
Cuyahoga App. No. 79176. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Journal Entry filed October 12, 2001:

"Motion by appellant to certify a conflict to Ohio Supreme Court is granted. This court's decision in *Hillyer v. State Farm Fire & Casualty Company* (Aug. 2, 2001), Cuyahoga App. No. 79176, unreported, is in conflict with the case *Wodrich v. Farmers Insurance of Columbus* (May 21, 1999), Greene App. No. 98CA103, unreported [1999 WL 317448]. In *Hillyer*, this court declined to follow the reasoning of *Wodrich*, which is in conflict with our holding in *Hillyer*. We hereby certify the following issue to the Ohio Supreme Court pursuant to Article IV, Section 3(B)(4) of the Ohio Constitution and App.R. 25: Whether a clause in a homeowner's policy providing auto coverage only for a resident employee injured in the scope of employment qualifies a family member for uninsured/underinsured motorist coverage through the homeowner's policy."

F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

*Sua sponte*, cause consolidated with 01–1474, *Hillyer v. State Farm Fire & Cas. Co.*, Cuyahoga App. No. 79176, and cause to be argued on same date as 01–1786, *Lemm v. The Hartford*, Franklin App. No. 01AP–251.

F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**01–1974. State v. Wyrick.**
Fairfield App. No. 01CA17. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**01–2024. State v. Baker.**
Washington App. No. 00CA9. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–2028. State v. Strong.**
Lawrence App. No. 00CA35. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

On motion for leave to consolidate. Motion denied.

**01–2029. State v. Coston.**
Hamilton App. No. C–010369. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**01–2035. Calvary Investments, L.L.C. v. Vonderheide.**
Hamilton App. No. C–010359. On motion for stay of lower court proceedings. Motion denied.

COOK, J., dissents.

**01–2040. State v. Kellon.**
Cuyahoga App. No. 78668. On motion for stay of court of appeals' judgment and application for continuation of bond pending appeal. Motion and application denied.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**01–2049. State v. DiCenzi.**
Cuyahoga App. No. 80119. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.